UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OSCAR FELTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:06-CV-722 CAS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT OF REMAND**

In accordance with the order of this date and incorporated herein, and the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, dated August 22, 2007,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Commissioner's decision is **REVERSED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 13th day of September, 2007.